**No. 10-10039. Joseph Hall, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2476, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3543.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 403 Fed. Appx. 214.

**No. 10-10048. Antoine L. Price, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2476, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3610.

May 16, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 998 A.2d 867.

**No. 10-10049. Jimmy Quiroz Baldwin, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2477, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3578.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10054. Frederick Thomas Harrington, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2477, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3608.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 415 Fed. Appx. 986.

**No. 10-10056. Wayne Stephen Falciglia, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2477, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3601.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10057. Thurston Alfonzo Jones, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2477, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3569.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10067. Daniel T. Monahan, Petitioner v. United States.**

563 U.S. 1001, 131 S. Ct. 2477, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3603.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 742.

**No. 10-10075. Aaron Ben Northrop, Petitioner v. Francisco J. Quintana, Warden.**

563 U.S. 1001, 131 S. Ct. 2478, 179 L. Ed. 2d 1234, 2011 U.S. LEXIS 3584.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 418 Fed. Appx. 73.